UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2114 (PAM/JGL)

ALLAN V. WHITEOAK,

Plaintiff,

v.

**PRETRIAL ORDER**

NOTT COMPANY,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. All motions which seek to amend any pleading or to add any parties must be filed prior to June 1, 2002;

2. Plaintiff shall disclose all expert witnesses, including reports, by December 1, 2002; Defendant shall disclose all expert witnesses, including reports, by January 15, 2003;

3. The period during which the parties may seek discovery shall be completed by February 1, 2003;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to March 1, 2003;

5. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to April 1, 2003; and

6. This case will be considered "ready for trial" as of June 1, 2003.

DATED: April 3, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Filed APR 3 2002
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk__________