UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Allan V. Whiteoak, Plaintiff, vs. Nott Company, a Minnesota Corporation, Defendant. | ) | Court File No. 01-CV-2114 (PAM/JGL) **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties agree to the dismissal of this action with prejudice. The parties will bear their own costs, disbursements and attorney fees.

Dated: April 23, 2003

LINDQUIST & VENNUM P.L.L.P.

By ______________________
Reuben A. Mjaanes, #269669
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-371-3211

Attorneys for Defendant

Dated: April 23 2003

TRAWICK & SMITH, P.A.

By ______________________
Leon A. Trawick, #110735
550 Wells Fargo Midland Building
401 Second Avenue South
Minneapolis, MN 55401
(612) 338-4621

and

By ______________________
Lawrence R. Altman, #135720
215 Pillsbury Center
220 S. Sixth St.
Minneapolis, MN 55402
(612) 904-1479

Attorneys for Plaintiff

APR 28 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 28 2003
DEPUTY CLERK

Doc# 1757360\1

Upon the above stated Stipulation,

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice.

LET JUDGMENT BE ORDERED ACCORDINGLY.

Dated: April 28, 2003

BY THE COURT:

The Honorable Paul A. Magnuson
United States District Court
District of Minnesota